Philip W. Allogramento III, Esq.
Robert K. Scheinbaum, Esq.
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-535-0500
Fax: 973-535-9217
Attorneys for Creditor, Starr Indemnity & Liability Company

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re<br><br>MARINE ENVIRONMENTAL REMEDIATION GROUP, LLC, and MER GROUP PUERTO RICO LLC,<br><br>Debtors, | Chapter 11<br><br>Case No. 19-18994 (VFP)<br><br>Jointly Administered<br><br>Adv. Pro. No. 20-01141 (VFP) |
| MARINE ENVIRONMENTAL REMEDIATION GROUP, LLC, and MER GROUP PUERTO RICO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>Defendant | **NOTICE OF CROSS-MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW PARTIES TO CONTINUE INSURANCE COVERAGE LITIGATION PENDING IN THE SOUTHERN DISTRICT OF NEW YORK** |

VIA ELECTRONIC CASE FILING, AND
VIA EMAIL TO ALL PARTIES ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Wednesday, June 10, 2020, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Starr Indemnity & Liability

5447396-1

-2-

Company ("Starr"), shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge for an Order Granting Relief From the Automatic Stay in Order for the Parties to Continue Insurance Coverage Litigation Pending in the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Starr will rely upon the accompanying Memorandum of Law and Declaration of Guerric Russell filed herewith and such oral argument as the Court may entertain on the return date of this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order Granting Relief From Stay is submitted herewith.

Oral argument is requested if this Motion is opposed.

    Respectfully submitted,

    CONNELL FOLEY LLP
    *Attorneys for Starr Indemnity & Liability*

    By:   /s/ Robert Scheinbaum
           Philip W. Allogramento III
           Robert K. Scheinbaum

Dated: May 21, 2020

-3-

## SERVICE LIST

| | |
|---|---|
| PERKINS COIE LLP<br>Koorosh Talieh, Esq.<br>Peter L. Tracey, Esq.<br>Email: ktalieh@perkinscoie.com<br>ptracey@perkinscoie.com<br>*Special Litigation Counsel*<br>*to the Debtors* | LOEB & LOEB LLP<br>Schuyler G. Carroll, Esq.<br>William M. Hawkins, Esq.<br>Lindsay S. Feuer, Esq.<br>Noah Weingarten, Esq.<br>Email: scarroll@loeb.com<br>whawkins@loeb.com<br>lfeuer@loeb.com<br>nweingarten@loeb.com<br>*Counsel to the Debtors* |
| U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>Email:Fran.B.Steele@usdoj.gov | RABINOWITZ, LUBETKIN & TULLY, LLC<br>Jeffrey A. Cooper, Esq.<br>Barry J. Roy, Esq.<br>Email: jcooper@rltlawfirm.com<br>Email: broy@rltlawfirm.com<br>*Attorneys for: Creditor Committee*<br>*Official Committee of Unsecured Creditors* |
| MCDONNELL CROWLEY, LLC<br>Brian T. Crowley, Esq.<br>Email: bcrowley@mchfirm.com<br>*Attorneys for Maritime Equities LLC* | MCMANIMON, SCOTLAND &<br>BAUMANN, LLC<br>Anthony Sodono, III, Esq.<br>Email:  asodono@msbnj.com |
| WILCOX SAVAGE<br>Christopher A. Abel, Esq.<br>Email: cabel@wilsav.com<br>*Attorneys for Travelers Property Casualty Company*<br>*of America* | |

5447396-1