Philip W. Allogramento III, Esq.
Robert K. Scheinbaum, Esq.
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-535-0500
Fax: 973-535-9217
Attorneys for Creditor, Starr Indemnity & Liability Company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re | Chapter 11 |
| MARINE ENVIRONMENTAL REMEDIATION GROUP, LLC, and MER GROUP PUERTO RICO LLC, | Case No. 19-18994 (VFP) |
| | Jointly Administered |
| Debtors, | Adv. Pro. No. 20-01141 (VFP) |
| MARINE ENVIRONMENTAL REMEDIATION GROUP, LLC, and MER GROUP PUERTO RICO LLC, | **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ALLOW PARTIES TO CONTINUE INSURANCE COVERAGE LITIGATION PENDING IN THE SOUTHERN DISTRICT OF NEW YORK** |
| Plaintiffs, | |
| v. | |
| STARR INDEMNITY & LIABILITY COMPANY, | |
| Defendant | |

The relief set forth on the following pages, numbered two (2)-(3), is hereby ORDERED.

Debtor:           **MARINE ENVIRONMENTAL REMEDIATION GROUP, LLC**, et al.
Case No.:         19-18994 (VFP) Jointly Administered
Adv. Pro.:        MARINE ENVIRONMENTAL REMEDIATION GROUP, LLC, et al. v.
                  STARR INDEMNITY & LIABILITY COMPANY, et al.
Adv. Pro. No.:    20-01141 (VFP)
Caption of Order: **Order Granting Relief From Stay to Allow Parties to Continue Insurance**
                  **Coverage Litigation Pending in the United States District Court for the**
                  **Southern District of New York**

---

**THIS MATTER**, having come before the Court by Cross-Motion of Starr Indemnity & Liability Company ("Starr") for on Order Granting Relief from the Automatic Stay to Allow the Parties to Continue Insurance Coverage Litigation Pending in the United States District Court for Southern District of New York; and the Court having considered the written submissions and oral argument of counsel; and good cause having been shown;

**IT IS** on this _____ day of _____ 2020

**ORDERED** as follows:

1.       The Cross-Motion is Granted.

2.       Relief from the automatic stay imposed under 11 U.S.C. § 362 is hereby granted to Starr to proceed with litigation captioned *Starr Indemnity & Liability Co. v. Marine Environmental Remediation Group, LLC*, Case No. 1:17-cv-09881 (LGS) (the "Insurance Coverage Litigation").

5447398-1