| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **DAY PITNEY LLP**<br>One Jefferson Road<br>Parsippany, New Jersey 07054-2891<br>(973) 966-6300<br>*Attorneys For Defendant*<br>Travelers Property Casualty Company of America | |
| In re:<br><br>MARINE ENVIRONMENTAL REMEDIATION GROUP LLC, et al.<br><br>          Debtors. | Chapter 11<br><br>Case No. 19-18994-VFP<br>(Jointly Administered)<br><br>Judge: Vincent F. Papalia, U.S.B.J. |
| Marine Environmental Remediation Group LLC and MER Group Puerto Rico LLC,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Starr Indemnity & Liability Company and Travelers Property Casualty Company of America,<br><br>          Defendants. | Adv. Pro. No. 20-1141-VFP<br><br>Hearing Date: July 7, 2020 |

**CERTIFICATION OF STEPHEN R. CATANZARO, ESQ. IN SUPPORT OF THE MOTION OF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA TO DISMISS, OR, IN THE ALTERNATIVE, TO STAY THIS ADVERSARY PROCEEDING**

1.      I am an attorney-at-law in the state of New Jersey and of this Court. I am a senior associate in the law firm of Day Pitney LLP, which, along with Willcox & Savage, P.C. and Finazzo Cossolini O'Leary Meola & Hager, LLC, are attorneys for defendant Travelers Property Casualty Company of America ("Travelers"). I submit this Certification in support of Travelers' Motion to Dismiss, or, in the Alternative, to Stay this Adversary Proceeding.

- 1 -

105686272.2

2. Attached hereto as <u>Exhibit A</u> is a true copy of the Amended Complaint filed by debtor/plaintiff Marine Environmental Remediation Group LLC ("MER") against Travelers on March 29, 2018 in the United States District Court for the District of Puerto Rico under Case No. 3:18-cv-01179 (the "Puerto Rico Action").

3. Attached hereto as <u>Exhibit B</u> is a true copy of Travelers' motion to stay the proceedings in the Puerto Rico Action pending the disposition of the litigation pending in the United States District Court for the Southern District of New York between Starr Indemnity & Liability Company and Debtors under Case No. 1:17-cv-09881.

4. Attached hereto as <u>Exhibit C</u> is a true copy of MER's opposition to Travelers' motion to stay the proceedings in the Puerto Rico Action.

5. Attached hereto as <u>Exhibit D</u> is a true copy of Travelers' reply papers in further support of its motion to stay the proceedings in the Puerto Rico Action.

6. Attached hereto as <u>Exhibit E</u> is a true copy of MER's sur-reply papers in further opposition to Travelers' motion to stay the proceedings in the Puerto Rico Action.

7. Attached hereto as <u>Exhibit F</u> is a true copy of a screenshot of the docket in the Puerto Rico Action, which reflects at ECF No. 44 the court granting Travelers' motion to stay the proceedings in the Puerto Rico Action pending disposition of the New York Action.

I hereby certify that the above statements made by me are true. I understand that if any of the above statements made by me are willfully false, I am subject to punishment.

Date:  June 9, 2020                             */s/ Stephen R. Catanzaro*
                                                STEPHEN R. CATANZARO, ESQ.

105686272.2