# EXHIBIT F

6/9/2020 Case 20-01141-VFP Doc 34-8 Filed 06/09/20 Entered 06/09/20 17:21:04 Desc
CM/ECF LIVE U.S. District Court for the District of... CASECLOSED,STAYED
Exhibit F to Certification    Page 2 of 10

# United States District Court
## District of Puerto Rico (San Juan)
### CIVIL DOCKET FOR CASE #: 3:18-cv-01179-PAD

| | |
|---|---|
| Marine Environmental Remediation Group, LLC et al v. Travelers Property Casualty Company of America | Date Filed: 03/29/2018 |
| Assigned to: Judge Pedro A. Delgado-Hernandez | Date Terminated: 02/08/2019 |
| Demand: $4,989,000 | Jury Demand: Defendant |
| Cause: 28:1332 Diversity-Other Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Marine Environmental Remediation Group LLC**  represented by  **Peter L. Tracey**
Perkins Coie LLP
700 13th Street
NW Suite 600
Washington, DC 2005-3960
202.434.1686
Fax: 202.564.9688
Email: ptracey@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul James Hammer**
Estrella, LLC
PO Box 9023596
San Juan, PR 00902-3596
787-977-5050
Fax: 787-977-5090
Email: phammer@estrellallc.com
*ATTORNEY TO BE NOTICED*

**Kenneth C. Suria-Rivera**
Estrella, LLC
PO Box 9023596
San Juan, PR 00902-3596
787-977-5050
Fax: 787-977-5090
Email: kcsuria@welo.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MER Group Puerto Rico LLC**  represented by  **Peter L. Tracey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul James Hammer**
(See above for address)

          **Kenneth C. Suria-Rivera**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Travelers Property Casualty Company of America** | represented by | **James W. Carbin**<br>Duane Morris LLP<br>1037 Raymond Blvd.<br>One Riverfront Plaza - Suite 1800<br>Newark, NJ 07102-5429<br>973-424-2035<br>Fax: 973-556-114<br>Email: JWCarbin@duanemorris.com<br>*TERMINATED: 10/17/2019*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jorge F. Blasini-Gonzalez**<br>Jimenez, Graffam & Lausell<br>PO Box 366104<br>San Juan, PR 00936-6104<br>787-767-1030<br>Fax: 787-751-4068<br>Email: jblasini@jgl.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ryan McElduff**<br>Duane Morris, LLP<br>1037 Raymond Blvd.<br>Suite 1800<br>Newark, NJ 07102<br>973-424-2035<br>Fax: 973-556-1144<br>Email: prmcelduff@duanemorris.com<br>*TERMINATED: 10/17/2019*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Travelers Property Casualty Company of America** | represented by | **James W. Carbin**<br>(See above for address)<br>*TERMINATED: 10/17/2019*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

6/9/2020 Case 20-01141-VFP Doc 34-8 Filed 06/09/20 Entered 06/09/20 17:21:04 Desc
CM/ECF LIVE U.S. District Court for the District of New Jersey
Exhibit F to Certification Page 4 of 10

**Jorge F. Blasini-Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan McElduff**
(See above for address)
*TERMINATED: 10/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

<u>Counter Defendant</u>

**MER Group Puerto Rico LLC**    represented by **Peter L. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul James Hammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth C. Suria-Rivera**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Counter Defendant</u>

**Marine Environmental Remediation Group LLC**    represented by **Peter L. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul James Hammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth C. Suria-Rivera**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Counter Claimant</u>

**Travelers Property Casualty Company of America**    represented by **James W. Carbin**
(See above for address)
*TERMINATED: 10/17/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jorge F. Blasini-Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Ryan McElduff**
        (See above for address)
        *TERMINATED: 10/17/2019*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MER Group Puerto Rico LLC**  represented by  **Peter L. Tracey**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Paul James Hammer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kenneth C. Suria-Rivera**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Marine Environmental Remediation Group LLC**  represented by  **Peter L. Tracey**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Paul James Hammer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kenneth C. Suria-Rivera**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2018 | 1 | COMPLAINT against Travelers Property Casualty Company of America, filed by MER GROUP PUERTO RICO LLC, MARINE ENVIRONMENTAL REMEDIATION GROUP LLC. Service due by 6/27/2018, (Attachments: # 1 Civil Cover Sheet, # 2 Category Sheet) (Suria-Rivera, Kenneth) (Entered: 03/29/2018) |
| 03/29/2018 | 2 | Motion to allow Peter Tracey to appear pro hac vice (Pro Hac fee $300 receipt number 0104-5807870) filed by Kenneth C. Suria-Rivera on behalf of MARINE ENVIRONMENTAL REMEDIATION GROUP LLC, MER GROUP PUERTO RICO LLC Responses due by 4/12/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Suria-Rivera, Kenneth) (Entered: 03/29/2018) |
| 04/02/2018 | 3 | CLERK'S NOTICE OF DEFECTIVE FILING. Category Sheet is incomplete. Notice of Compliance Deadline due by 4/3/2018. (arg) (Entered: 04/02/2018) |

| | | |
|---|---|---|
| 04/02/2018 | | Filing Fee Received $ 400.00, receipt number 0104-5807864 (arg) (Entered: 04/02/2018) |
| 04/02/2018 | 4 | Notice of *submitting Category Sheet* filed by Kenneth C. Suria-Rivera on behalf of All Plaintiffs Responses due by 4/16/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Category Sheet) (Suria-Rivera, Kenneth) Modified on 4/3/2018 to terminate as motion (mr). (Entered: 04/02/2018) |
| 04/02/2018 | 5 | Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and L.Civ. R. 731 re 1 Complaint, filed by MER GROUP PUERTO RICO LLC, MARINE ENVIRONMENTAL REMEDIATION GROUP LLC filed by Kenneth C. Suria-Rivera on behalf of All Plaintiffs Responses due by 4/16/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 1 ) (Suria-Rivera, Kenneth) Modified on 4/3/2018 to terminate as motion (mr). (Entered: 04/02/2018) |
| 04/02/2018 | 6 | NOTICE of Appearance by Paul James Hammer on behalf of All Plaintiffs (Hammer, Paul) (Entered: 04/02/2018) |
| 04/03/2018 | 7 | NOTICE OF JUDGE ASSIGNMENT Case has been assigned to Judge Pedro A. Delgado-Hernandez (arg) (Entered: 04/03/2018) |
| 04/03/2018 | 8 | ORDER: Granting 2 "Application and Order for Admission Pro Hac Vice." The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court. Signed by Judge Pedro A. Delgado-Hernandez on 4/3/2018. (AM) (Entered: 04/03/2018) |
| 04/20/2018 | 9 | MOTION Submitting Summons *for Issuance* as to Travelers Property Casualty Company of America filed by Kenneth C. Suria-Rivera on behalf of All Plaintiffs Responses due by 5/4/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Summons To Travelers Property Casualty Company of America)(Suria-Rivera, Kenneth) Modified on 4/23/2018 as to event (mr). (Entered: 04/20/2018) |
| 04/24/2018 | 10 | Summons Issued as to Travelers Property Casualty Company of America (Attachments: # 1 Summons) (rom) (Entered: 04/24/2018) |
| 05/14/2018 | 11 | SUMMONS Returned Executed by All Plaintiffs upon Travelers Property Casualty Company of America served on 4/30/2018, answer due 5/21/2018. (Suria-Rivera, Kenneth) (Entered: 05/14/2018) |
| 05/16/2018 | 12 | MOTION for extension of time until June 20, 2018 to to Answer Complaint or Otherwise Plead filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 5/30/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Blasini-Gonzalez, Jorge) (Entered: 05/16/2018) |
| 05/16/2018 | 13 | RESPONSE to Motion *Informing No Opposition to Extension of Time* filed by All Plaintiffs Re: 12 MOTION for extension of time until June 20, 2018 to to Answer Complaint or Otherwise Plead filed by Travelers Property Casualty Company of America filed by All Plaintiffs. (Suria-Rivera, Kenneth) (Entered: 05/16/2018) |
| 05/17/2018 | 14 | ORDER: Granting 12 "Motion for Extension of Time to Answer Complaint or Otherwise Plead." Travelers shall answer the complaint or otherwise plead not later than June 20, 2018. Signed by Judge Pedro A. Delgado-Hernandez on 5/17/2018. (AM) (Entered: 05/17/2018) |
| 06/19/2018 | 15 | Motion to allow James Carbin to appear pro hac vice (Pro Hac fee $300 receipt number 0104-5922040) filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 7/3/2018. NOTE: Pursuant to FRCP 6(a) |

| | | |
|---|---|---|
| | | an additional three days does not apply to service done electronically. (Blasini-Gonzalez, Jorge) (Entered: 06/19/2018) |
| 06/19/2018 | 16 | Motion to allow P. Ryan McElduff to appear pro hac vice (Pro Hac fee $300 receipt number 0104-5922075) filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 7/3/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Blasini-Gonzalez, Jorge) Modified on 6/19/2018 to correct text (cm). (Entered: 06/19/2018) |
| 06/20/2018 | 17 | ORDER: Granting 15 "Application and Order for Admission PHV." The clerk shall deposit the admission fee to the account of non-appropriated funds of this court. Signed by Judge Pedro A. Delgado-Hernandez on 6/20/2018. (LMR) (Entered: 06/20/2018) |
| 06/20/2018 | 18 | ORDER: Granting 16 "Application and Order for Admission PHV." The clerk shall deposit the admission fee to the account of non-appropriated funds of this court. Signed by Judge Pedro A. Delgado-Hernandez on 6/20/2018. (LMR) (Entered: 06/20/2018) |
| 06/20/2018 | 19 | Corporate Disclosure Statement byTravelers Property Casualty Company of America. (Blasini-Gonzalez, Jorge) (Entered: 06/20/2018) |
| 06/20/2018 | 20 | ANSWER to 1 Complaint, *With*, COUNTERCLAIM against All Plaintiffs filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America .(Blasini-Gonzalez, Jorge) Modified on 6/20/2018 to correct docket text as to filer (mr). (Entered: 06/20/2018) |
| 06/21/2018 | 21 | ORDER: See attached. **Joint Proposed Schedule due by 7/2/2018.** Signed by Judge Pedro A. Delgado-Hernandez on 6/21/2018. (ebb) (Entered: 06/21/2018) |
| 07/02/2018 | 22 | Motion In Compliance as to 21 Order, Set Deadlines filed by Kenneth C. Suria-Rivera on behalf of MER Group Puerto Rico LLC, Marine Environmental Remediation Group LLC Responses due by 7/16/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 21 ) (Suria-Rivera, Kenneth) (Entered: 07/02/2018) |
| 07/02/2018 | 23 | ORDER: Noting 22 "Motion Submitting Joint Proposed Schedule in Compliance with Order." Signed by Judge Pedro A. Delgado-Hernandez on 7/2/2018. (ebb) (Entered: 07/02/2018) |
| 07/03/2018 | 24 | CASE MANAGEMENT ORDER: **See attached. Deadline for Rule 26 disclosures: July 17, 2018. Deadline to amend the pleadings and to add parties: July 27, 2018. Conclusion of all discovery: January 28, 2019. Deadline to file motion(s) for summary judgment: February 27, 2019. Deadline to file opposition(s) to summary judgment: March 27, 2019. See attached instructions pertaining to documents not in the English language and courtesy copies.** Signed by Judge Pedro A. Delgado-Hernandez on 7/3/2018. (ebb) (Entered: 07/03/2018) |
| 07/11/2018 | 25 | ANSWER to 20 Answer to Complaint,, Counterclaim, filed by Kenneth C. Suria-Rivera on behalf of Counter Defendants MER Group Puerto Rico LLC, Marine Environmental Remediation Group LLC.(Suria-Rivera, Kenneth) (Entered: 07/11/2018) |
| 09/13/2018 | 26 | MOTION for Leave to File Document , *Amended Complaint, and to Modify Case Management Order at Docket No. 24,* filed by Kenneth C. Suria-Rivera on behalf of All Plaintiffs Responses due by 9/27/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1 - Tendered Amended Complaint, # 2 Affidavit Declaration of Mr. Lawrence J. Kahn)(Suria-Rivera, Kenneth) (Entered: 09/13/2018) |
| 09/13/2018 | 27 | ORDER: Granting in part 26 "Plaintiff Marine Environmental Group LLC and MER Group Puerto Rico LLC's Motion Under Rules 15(a)(2) and 16(b)(4) to Modify Case |

| | | |
|---|---|---|
| | | Management Order and for Leave to Amend Complaint and Memorandum of Law in Support" under Fed. R. Civ. P. 16 rather than Fed. R. Civ. P. 15. The amended complaint shall be electronically filed forthwith. Signed by Judge Pedro A. Delgado-Hernandez on 9/13/2018. (AM) (Entered: 09/13/2018) |
| 09/14/2018 | [28](#) | AMENDED COMPLAINT against All Defendants, filed by MER Group Puerto Rico LLC.(Suria-Rivera, Kenneth) (Entered: 09/14/2018) |
| 09/28/2018 | [29](#) | ANSWER to [28](#) Amended Complaint , *Affirmative Defenses with*, COUNTERCLAIM against MER Group Puerto Rico LLC, Marine Environmental Remediation Group LLC filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America.(Blasini-Gonzalez, Jorge) Modified on 9/28/2018 to edit docket text (rom). (Entered: 09/28/2018) |
| 10/18/2018 | [30](#) | ANSWER to [29](#) Answer to Amended Complaint,, Counterclaim, filed by Kenneth C. Suria-Rivera on behalf of Counter Defendants MER Group Puerto Rico LLC, MER Group Puerto Rico LLC, Marine Environmental Remediation Group LLC, Marine Environmental Remediation Group LLC.(Suria-Rivera, Kenneth) (Entered: 10/18/2018) |
| 10/19/2018 | [31](#) | CERTIFICATE OF SERVICE by MER Group Puerto Rico LLC, Marine Environmental Remediation Group LLC re [30](#) Answer to Counterclaim, (Suria-Rivera, Kenneth) (Entered: 10/19/2018) |
| 12/17/2018 | [32](#) | MOTION to Stay *Proceedings Pending Resolution of Case Civ No. 17-9881(LGS) in the United States District Court for the Southern District of New York* filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 12/31/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # [1](#) Exhibit Starr Complaint, # [2](#) Exhibit Starr/MER February 27, 2017 Joint Report, # [3](#) Exhibit March 12, 2018 Amended Case Management Order, # [4](#) Exhibit Fourth Amended Case Management Order, # [5](#) Exhibit Starr September 4, 2018 Letter, # [6](#) Exhibit Judge Schofields November 30, 2018 Order)(Blasini-Gonzalez, Jorge) (Entered: 12/17/2018) |
| 12/17/2018 | 33 | ORDER re [32](#) "Motion to Stay Proceedings Pending Resolution of Case Civ. No. 17-9881(LGS) in the United States District Court for the Southern District of New York:" **Plaintiffs shall respond not later than January 8, 2019.** Signed by Judge Pedro A. Delgado-Hernandez on 12/17/2018. (AM) (Entered: 12/17/2018) |
| 01/08/2019 | [34](#) | RESPONSE in Opposition to Motion *with Exhibit A,* filed by All Plaintiffs Re: [32](#) MOTION to Stay *Proceedings Pending Resolution of Case Civ No. 17-9881(LGS) in the United States District Court for the Southern District of New York* filed by Travelers Property Casualty Company of America, 33 Order, filed by All Plaintiffs. (Suria-Rivera, Kenneth) (Entered: 01/08/2019) |
| 01/09/2019 | [35](#) | MOTION to Compel *Discovery* filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 1/23/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # [1](#) Exhibit Declaration)(Blasini-Gonzalez, Jorge) (Entered: 01/09/2019) |
| 01/09/2019 | [36](#) | MOTION for Leave to File Document *and Tendering Reply* filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 1/23/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # [1](#) Exhibit Reply Ex 1-9, # [2](#) Exhibit Ex 10-13)(Blasini-Gonzalez, Jorge) (Entered: 01/09/2019) |
| 01/10/2019 | 37 | ORDER: Granting [36](#) "Motion for Leave to File and Tendering Reply." The reply shall be electronically filed forthwith. Any surreply shall be filed by January 15, 2019. Signed by Judge Pedro A. Delgado-Hernandez on 1/10/2019. (EMJ) (Entered: 01/10/2019) |

| Date | # | Description |
|---|---|---|
| 01/10/2019 | 38 | REPLY to Response to Motion *in Reply to Plaintiffs Opposition to Defendant's Motion to Stay Proceeding* filed by Travelers Property Casualty Company of America Re: 32 MOTION to Stay *Proceedings Pending Resolution of Case Civ No. 17-9881(LGS) in the United States District Court for the Southern District of New York* filed by Travelers Property Casualty Company of America filed by Travelers Property Casualty Company of America. (Attachments: # 1 Exhibit Exhibit 7, # 2 Exhibit Exhibit 8, # 3 Exhibit Exhibit 9, # 4 Exhibit Exhibit 10, # 5 Exhibit Exhibit 11, # 6 Exhibit Exhibit 12, # 7 Exhibit Exhibit 13)(Blasini-Gonzalez, Jorge) (Entered: 01/10/2019) |
| 01/11/2019 | 39 | ORDER: Denying without prejudice 35 "Motion to Compel Discovery." See, CMO at Docket No. 24 (requiring certification under Local Civ.R. 26(b)). Signed by Judge Pedro A. Delgado-Hernandez on 1/11/2019. (LMR) (Entered: 01/11/2019) |
| 01/15/2019 | 40 | SURREPLY to Reply to Opposition *to Motion for Stay of Proceedings* filed by All Plaintiffs Re: 32 MOTION to Stay *Proceedings Pending Resolution of Case Civ No. 17-9881(LGS) in the United States District Court for the Southern District of New York* filed by Travelers Property Casualty Company of America filed by All Plaintiffs. (Suria-Rivera, Kenneth) (Entered: 01/15/2019) |
| 01/28/2019 | 41 | MOTION to Compel *Renewed Motion to Compel Discovery* filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 2/11/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit Certification of Counsel)(Blasini-Gonzalez, Jorge) (Entered: 01/28/2019) |
| 01/30/2019 | 42 | ORDER re: 41 "Motion to Compel Discovery." **Plaintiffs shall respond not later than February 7, 2019.** Signed by Judge Pedro A. Delgado-Hernandez on 1/30/2019.(EMJ) (Entered: 01/30/2019) |
| 02/07/2019 | 43 | RESPONSE in Opposition to Motion filed by All Plaintiffs Re: 41 MOTION to Compel *Renewed Motion to Compel Discovery* filed by Travelers Property Casualty Company of America filed by All Plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Suria-Rivera, Kenneth) (Entered: 02/07/2019) |
| 02/08/2019 | 44 | ORDER: Having considered the "Motion to Stay Proceedings Pending Resolution of Case Civ. 17-9881 (LGS) in the United States District Court for the Southern District of New York" (Docket No. 32) and related submissions at Docket Nos. 34, 38 and 40, the court agrees with Travelers that stay is warranted. Accordingly, the case is STAYED and ordered administratively closed. It may be reopened by any party, if warranted, upon conclusion of Case Civ. 17-9881 (LGS). Judgment shall be entered accordingly. Signed by Judge Pedro A. Delgado-Hernandez on 2/8/2019. (LMR) (Entered: 02/08/2019) |
| 02/08/2019 | 45 | ORDER: Denying without prejudice 41 "Motion to Compel." The request may be refiled, if warranted, upon reopening of the case. See Order of even date. Signed by Judge Pedro A. Delgado-Hernandez on 2/8/2019. (LMR) (Entered: 02/08/2019) |
| 02/08/2019 | 46 | JUDGMENT: See attached. This case is now closed for statistical purposes. Signed by Judge Pedro A. Delgado-Hernandez on 2/8/2019.(LMR) (Entered: 02/08/2019) |
| 10/17/2019 | 47 | Consent MOTION to Withdraw *For Leave to Withdraw As Counsel and Memorandum in Support* filed by Jorge F. Blasini-Gonzalez on behalf of Travelers Property Casualty Company of America Responses due by 10/31/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1 Draft of Order)(Blasini-Gonzalez, Jorge) (Entered: 10/17/2019) |
| 10/17/2019 | 48 | ORDER: Granting 47 "Consent Motion for Leave to Withdraw as Counsel and Memorandum in Support." Signed by Judge Pedro A. Delgado-Hernandez on 10/17/2019. |

6/9/2020 Case 20-01141-VFP Doc 34-8 Filed 06/09/20 Entered 06/09/20 17:21:04 Desc
CM/ECF LIVE U.S. District Court for the District of Puerto Rico
Exhibit F to Certification   Page 10 of 10
(MPL) (Entered: 10/17/2019)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/09/2020 11:49:31 | | | |
| **PACER Login:** | scatanzaro:5177891:4380712 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cv-01179-PAD |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |