| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **DAY PITNEY LLP**<br>One Jefferson Road<br>Parsippany, New Jersey 07054-2891<br>(973) 966-6300<br>*Attorneys For Defendant*<br>Travelers Property Casualty Company of America | |
| In re:<br><br>MARINE ENVIRONMENTAL REMEDIATION GROUP LLC, et al.<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 19-18994-VFP<br>(Jointly Administered)<br><br>Judge: Vincent F. Papalia, U.S.B.J. |
| Marine Environmental Remediation Group LLC and MER Group Puerto Rico LLC,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Starr Indemnity & Liability Company and Travelers Property Casualty Company of America,<br><br>　　　　　Defendants. | Adv. Pro. No. 20-1141-VFP<br><br>Hearing Date: July 7, 2020 |

**ORDER**

　　The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Vincent F. Papalia
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Dated:

- 1 -

105680211.1

**THIS MATTER** having been opened to the Court upon the application by Day Pitney, LLP, which, along with Willcox & Savage, P.C. and Finazzo Cossolini O'Leary Meola & Hager, LLC, are attorneys for defendant Travelers Property Casualty Company of America ("Travelers"), for an Order dismissing the claims against Travelers in this adversary proceeding under the permissive abstention doctrine, or, in the alternative, staying the claims against Travelers in this adversary proceeding until the disposition of the insurance coverage dispute between defendant Starr Indemnity & Liability Company ("Starr") and Debtors; and the Court having read and reviewed the moving papers submitted and any opposition thereto; and having heard oral argument, if any; and for good cause having been shown:

**IT IS** hereby **ORDERED** as follows:

1. Travelers' Motion is hereby **GRANTED**.

2. Travelers is hereby granted the following relief (choose one):

    [   ] This adversary proceeding is hereby **DISMISSED WITH PREJUDICE** pursuant to the permissive abstention doctrine.

    [   ] This adversary proceeding is hereby **STAYED** pending the final disposition of the insurance coverage dispute between Starr and the Debtors, including the final disposition of any appeal filed by either party.

105680211.1