| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ  07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>MARINE ENVIRONMENTAL REMEDIATION<br>GROUP LLC, et al.,<br><br>                                       Debtors. | Chapter:   7<br>Joint Administration<br><br>Case No.:  19-18994 (VFP)<br><br>Judge:   Hon. Vincent F. Papalia |
| MARINE ENVIRONMENTAL REMEDIATION<br>GROUP LLC, et al.,<br>                                       Plaintiffs,<br>v.<br><br>STARR INDEMNITY & LIABILITY COMPANY, et al.,<br>                                       Defendants. | Adv. Pro. No. 20-1141 (VFP) |

**ORDER APPROVING SETTLEMENT**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

F0116442 - 1

Page 2
Debtor:        Marine Environmental Remediation Group, LLC, et al.
Case No.       19-18994 (VFP)
Adv. Pro.      Marine Environmental Remediation Group, LLC, et al. v.
               Anointed Security Services, Inc.
Adv. Pro. No.  20-1139 (VFP)
Caption:       Order Approving Settlement

_____

**THIS MATTER** having been brought before the court by the motion of Charles M. Forman, the Chapter 7 trustee ("Trustee") for Marine Environmental Remediation Group LLC and MER Group Puerto Rico, LLC ("Debtors"), through his attorneys, Forman Holt, seeking an entry of an order approving his settlement with Starr Indemnity & Liability Co. under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure; and the court having considered the pleadings submitted and the arguments of counsel; and it appearing that good and sufficient notice of the settlement has been provided to the Office of the United States Trustee, parties to the litigation, all creditors and other parties-in-interest; and for good cause shown, it is

**ORDERED** as follows:

1.    The motion is granted in its entirety.

2.    The Settlement Agreement attached as Exhibit A to the Certification of Charles M. Forman in support of the motion is approved.

3.    The Trustee is authorized and empowered to take such actions as may be reasonably necessary to implement and effectuate the terms of the settlement.

4.    The court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order and the settlement agreement approved herein.

F0116442 - 1